## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:17-cv-02553-RGK-SP | Date | July 16, 2018 |
|---|---|---|---|
| Title | Yasher Bashir et al v. United States of America | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Tapp | Monica Miller, AUSA |

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called.  Court and counsel confer.  The Scheduling Conference is held.  The Court orders the following dates:

| | |
|---|---|
| Court Trial (Est. 2-3 days): | March 19, 2019 at 9:00 a.m. |
| Pretrial Conference: | March 4, 2019 at 9:00 a.m. |
| Motion Cut-Off Date: | January 4, ~~XXXX~~ 2019 |
| Discovery Cut-Off Date: | December 21, 2018 |

The parties have selected Settlement Option 2.

**IT IS SO ORDERED.**

:     01

Initials of Preparer     slw

cc:     ADR UNIT