Zein E. Obagi, Jr. (SBN 264139)
zo@obagilaw.com
OBAGI LAW GROUP, P.C.
7080 Hollywood Blvd., Suite 1100
Los Angeles, California 90028
Telephone: (424) 284-2401
Facsimile: (424) 204-0719

Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
andrew@metropolitan.legal
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658
Attorneys for Plaintiffs,
Yaser Bashir, Majida Bashir, and
Mill Street Market

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MONICA L. MILLER (CBN 157695)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: monica.miller@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| YASER BASHIR, an individual, MAJIDA BASHIR, an individual, and MILL STREET MARKET, a California Sole Proprietorship,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 5:17-cv-02553-RGK (SPx)<br><br>**PROTECTIVE ORDER**<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

On November 19, 2018, the parties submitted a Stipulation for Protective Order (Stipulation). IT IS HEREBY ORDERED that the Protective Order is granted. The parties shall comply with the terms set forth in the Stipulation.

DATED: December 7, 2018.

SHERI PYM
UNITED STATES MAGISTRATE JUDGE