JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YASER BASHIR, et al., | No. EDCV 17-02553 RGK (SPx) |
| Plaintiffs, | **[PROPOSED] DISMISSAL ORDER** |
| v. | Honorable R. Gary Klausner |
| UNITED STATES OF AMERICA, | United States District Judge |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: April 19, 2019

_____
R. GARY KLAUSNER
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   /s/ Matthew J. Barragan
_____
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
United States of America

1